IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03156-MJW

PATRICK RICHARD MARTINEZ,

Plaintiff(s),

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Withdrawal of Counsel (Docket No. 19) is granted, and Christina J. Valerio, Esq., is withdrawn as counsel for the defendant in this matter.

Date: June 22, 2015